IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **LEGATO HOLDINGS, LLC** | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:17-cv-00196 |
| | § | |
| **AMERICAN ZURICH INSURANCE** | § | <u>JURY DEMANDED</u> |
| **COMPANY ("ZURICH")** | § | |
| Defendant | § | |

## MOTION TO DISMISS WITH PREJUDICE

Now comes Legato Holdings, LLC, Plaintiff, and American Zurich Insurance Company, Defendan, and for their Joint Motion to Dismiss with Prejudice, respectfully show the court the following, to wit:

Plaintiff, LEGATO HOLDINGS, LLC, and the Defendant, American Zurich Insurance Company have reached a compromise and settlement of all issues, and the settlement has been completed in all respects, including the payment of all courts costs and settlement amounts. Therefore, the parties jointly move for this court to enter an Order of Dismissal with Prejudice in this case.

Respectfully Submitted,

*/s/ David J. Potter*

_____
David J. Potter, Attorney at Law
Texas Bar No. 16175000
901 N. Stateline Ave.
Texarkana, Texas 75501-5268
Ph. 903-794-2283

Cell Phone: 903-277-0442
Email: dpotter@potter-law.com

ATTORNEY FOR PLAINTIFF
LEGATO HOLDINGS, LLC

**THOMPSON, COE, COUSINS &IRONS, LLP**

/S/ George H. Arnold
George H. Arnold, Attorney at Law
State Bar No. 00783559
One Riverway, Suite 1400
Houston, Texas 77056
garnold@thompsoncoe.com

ATTORNEY FOR DEFENDANT,
AMERICAN ZURICH INSURANCE CO.