IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **LEGATO HOLDINGS, LLC** § | |
| § | |
| VS. § | No. 5:17CV196-RWS-CMC |
| § | |
| **AMERICAN ZURICH INSURANCE** § | |
| **COMPANY ("ZURICH")** § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (Docket No. 12). According to the joint motion, the parties have reached a compromise and settlement of all issues, and the settlement has been completed in all respects. They jointly move for the Court to enter an Order of Dismissal with prejudice in this case. Accordingly, it is hereby

**ORDERED** that the Joint Motion to Dismiss With Prejudice (Docket No. 12) is **GRANTED**. It is further

**ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, with costs of Court to be taxed against the party incurring same.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**SIGNED this 23rd day of August, 2018.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE